UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA
*ex rel.* SHAWN PELLETIER,

    Plaintiff,

v.                                     Case No. 3:11-cv-587-J-32MCR

LIBERTY AMBULANCE SERVICE, INC.,
SOUTHERN BAPTIST HOSPITAL OF
FLORIDA, INC., MEMORIAL HEALTHCARE
GROUP, INC., ORANGE PARK MEDICAL
CENTER, INC., and SHANDS
JACKSONVILLE MEDICAL CENTER, INC.,

    Defendants.

_____/

## **ORDER**

The United States, having partially intervened in this action for purposes of settlement pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4) with respect to Southern Baptist Hospital of Florida, Inc., Shands Jacksonville Medical Center, Inc., Memorial Healthcare Group, Inc. and Orange Park Medical Center, Inc., and having partially intervened with respect to Liberty Ambulance Service, Inc., it is ordered as follows:

1.     The Relator's Complaint *(Doc. S-2)*, the Relator's Amended Complaint *(Doc. S-25)*, the Government's Notice of Election to Intervene *(Doc. S-32)*, and this Order be unsealed;

2.     With respect to the parties where settlement has been reached, the parties shall have until May 8, 2015 to file a joint motion for dismissal or other appropriate documents to close out this file;

3.     With respect to the parties where settlement has not been reached, the

Government shall have 120 days to perfect service as required by Federal Rule of Civil Procedure 4(m).

4. All other papers or orders on file in this matter shall remain under seal;

5. The seal be lifted on all other matters occurring in this action after the date of this Order;

6. All orders of this Court shall be sent to the United States.

7. The United States shall serve a copy of this Order on the parties with whom it has reached a settlement.

DONE and ORDERED in Chambers, in Jacksonville, Florida on March 10, 2015.

United States District Judge

Copies furnished to:

Jason P. Mehta, AUSA
George Brew, Esquire