UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA
*ex rel.* Shawn Pelletier,

    Plaintiff,

v.                                          CASE NO. 3:11-cv-587-J-32MCR

LIBERTY AMBULANCE SERVICE, INC.,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court on Plaintiff's Notice of Taking Deposition (**Doc. 58**). Discovery materials "must not be filed until they are used in the proceeding or the court orders filing." Fed. R. Civ. P. 5(d)(1); *see also* M.D. Fla. R. 3.03(d). Because the Court has not ordered Plaintiff to file the Notice and it does not appear that filing is necessary at this time, it is due to be stricken.

Accordingly, it is **ORDERED**:

Plaintiff's Notice of Taking Deposition (**Doc. 58**) is **STRICKEN** without prejudice to filing at a later time if necessary.

**DONE AND ORDERED** at Jacksonville, Florida, on March 29, 2016.

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record