UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA,**
ex, rel., **SHAWN PELLETIER,**

    **Plaintiff,**

v.

                                    Case No.:    3:11-cv-00587-J-32MCR

**LIBERTY AMBULANCE SERVICE INC.,**

    **Defendant.**

_____

## JOINT STATUS REPORT

The Parties, by and through undersigned counsel, and pursuant to this Court's Order of May 25, 2017 (Doc. 74), hereby provide the following status report and state as follows:

1. On May 25, 2017, this Court entered its order (Doc. 74) requiring the parties to advise the Court regarding the status of settlement discussions.

2. While the matter is yet to be settled, there has been significant headway made in the discussions. However, more work needs to be done to finalize a settlement in this cause.

3. More specifically, without disclosing too much of the ongoing settlement discussions, part of the difficulty and delay in reaching settlement to this point has been the need to acquire real estate experts to appraise certain pieces of real property both in Florida and out of state for purposes of the settlement. These property appraisals have taken longer than expected.

4. Nevertheless, the parties remain actively involved in settlement discussions and hope to bring those to completion in the near future.

5. Accordingly, the parties request that the case stay administratively closed for another sixty (60) days to effectuate settlement.

Dated:   August 25, 2017         Respectfully Submitted,

| | |
|---|---|
| */s/ Bryan DeMaggio* | */s/ Shea M. Gibbons* |
| Wm. J. Sheppard, Esquire | SHEA MATTHEW GIBBONS |
| Florida Bar No.:   109154 | Assistant United States Attorney |
| Elizabeth L. White, Esquire | USA Bar No. 0000172 |
| Florida Bar No.: 314560 | 300 North Hogan Street, Suite 700 |
| Matthew R. Kachergus, Esquire | Jacksonville, Florida 32202 |
| Florida Bar No.: 503282 | Telephone: (904) 301-6300 |
| Bryan E. DeMaggio, Esquire | Facsimile: (904) 301-6310 |
| Florida Bar No.: 55712 | Email:   Shea.Gibbons@usdoj.gov |
| Jesse B. Wilkison Esquire | COUNSEL FOR THE UNITED STATES |
| Florida Bar No.: 118505 | |
| Camille E. Sheppard, Esquire | |
| Florida Bar No.: 124518 | |
| Sheppard, White, & Kachergus & DeMaggio, P.A. | |
| 215 Washington Street | |
| Jacksonville, Florida 32202 | |
| Telephone:    (904) 356-9661 | |
| Facsimile:     (904) 356-9667 | |
| Email:          sheplaw@att.net | |
| COUNSEL FOR DEFENDANT | |

lr[liberty.ambulance.status.report]